## AMERICAN RIPENER CO. v. TOLSON

No. 674P01

Case below: 147 N.C. App. 142

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 31 January 2002.

## ARCHER v. ROCKINGHAM CTY.

No. 480P01

Case below: 144 N.C. App. 550

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 31 January 2002. Justice Edmunds recused.

## ASHTON v. CITY OF CONCORD

No. 430A01

Case below: 144 N.C. App. 722

Motion by defendant to dismiss the appeal for lack of substantial constitutional question allowed 31 January 2002.

## CHARLOTTE-MECKLENBURG HOSP. AUTH. v. BRUTON

No. 475P01

Case below: 145 N.C. App. 190

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 31 January 2002.

## CITIZENS FOR RESPONSIBLE ROADWAYS v. N.C. DEP'T OF TRANSP.

No. 540P01

Case below: 145 N.C. App. 497

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 31 January 2002.